**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>and<br><br>SOUTH END EDUCATION COMMITTEE, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>BOARD OF EDUCATION OF WATERBURY, CONNECTICUT, et al.,<br><br>Defendants. | **Civil No. 3:69-cv-13465-EBB** |

**(PROPOSED) ORDER**

The Court has considered Plaintiff United States of America and Defendants Board of Education of Waterbury, Connecticut's Joint Motion for Declaration of Unitary Status and Dismissal, ECF No. _________.

Accordingly, it is hereby ORDERED and ADJUDGED that:

1. The Joint Motion for Declaration of Unitary Status and Dismissal, ECF No. ________, is GRANTED.

2. The Court hereby declares that the Board of Education of Waterbury, Connecticut has achieved full and final unitary status.

3. The Court's jurisdiction over this matter is terminated, and the case is hereby DISMISSED WITH PREJUDICE as to all Defendants.

4. All prior injunctions and orders entered in this case are DISSOLVED.

5. The Clerk shall enter judgment stating, "This case is DISMISSED with prejudice," and close the file.

SO ORDERED on ____________________.

______________________________
United States District Judge